# EXHIBIT F

https://x.com/Qryptonic_/status/1919407173873828014 — June 18, 2025



← Article

**Qryptonic** ✓
@Qryptonic_

Follow



# Navigating the Quantum Cybersecurity Challenge: Insights from RSAC 2025

💬          🔁          ♡          ıl 18          🔖  ⬆

Key Developments, Industry Readiness, and Collaborative Strategies for a Quantum-Secure Future

By Qryptonic Research, LLC

San Francisco, CA — May 5, 2025

The RSA Conference (RSAC) 2025, held from April 28–May 1 at San Francisco's Moscone Center, gathered over 44,000 cybersecurity professionals, policymakers, and industry leaders. Amidst discussions on emerging technologies, quantum cybersecurity stood out prominently due to growing concerns about threats posed by quantum computing.

## Quantum Threat Landscape

Quantum computing poses significant risks to current cryptographic systems, notably public-key schemes like RSA and elliptic curve cryptography (ECC). Algorithms like Shor's demonstrate potential vulnerabilities, threatening encryption methods widely used today. A prominent topic at RSAC was the "harvest now, decrypt later" threat, where adversaries collect encrypted data today intending future quantum-enabled decryption.

Experts, including renowned cryptographers Whitfield Diffie and Adi Shamir, addressed these concerns during the Cryptographers' Panel. Diffie highlighted real-world risks, emphasizing intelligence agencies' potential stockpiling of encrypted data for future quantum decryption. Panelists unanimously agreed that immediate action is essential despite uncertainty around exact quantum computing timelines.

## Qryptonic Launches Quantum Risk Assessment Tool: Q-Scout™

A notable introduction at RSAC 2025 was Qryptonic's quantum diagnostic solution, **Q-Scout™**, revealed at an invitation-only event concurrent with the main conference. Q-Scout conducts non-invasive quantum simulations of Shor's and Grover's algorithms to rapidly identify cryptographic vulnerabilities, providing comprehensive quantum risk reports within seven business days, including visual heatmaps. Q-Scout fully aligns with National Institute of Standards and Technology (NIST) post-quantum cryptography standards.

Jason Nathaniel Ader, Qryptonic's Co-Founder and Chief Innovation Officer, emphasized that enterprises often need tangible evidence of quantum risk exposure before fully investing in quantum-security upgrades, positioning Q-Scout as an essential initial step.

## Crypto-Agility: A Proactive Strategy

A significant theme at RSAC 2025 was "crypto-agility"—the capacity to rapidly update cryptographic systems without disruption. Greg Wetmore, Entrust's VP of Product Development, detailed crypto-agility in his session, *"The Time for Crypto-Agility Adoption is Now,"* highlighting that quantum computing represents an unprecedented challenge to current cryptographic infrastructure.

Wetmore recommended that organizations maintain a Crypto Bill of Materials (CBOM), outlining clear strategies for rapid algorithmic transitions and certificate management. He noted upcoming regulatory mandates—particularly from the U.S. government, requiring quantum-resistant cryptography for certain systems by as early as 2030—necessitate proactive action now.

## Industry Readiness and Challenges

RSAC 2025 featured reports spotlighting the industry's preparedness for quantum threats. Utimaco's Post-Quantum Cryptography (PQC) Readiness Survey indicated significant preparedness gaps: only 20% of surveyed organizations had started implementing quantum-resistant cryptography. A further 25% reported having no immediate plans.

To bridge this readiness gap, Utimaco introduced **Quantum Protect**, a suite of software solutions enabling post-quantum algorithms integration into hardware security modules (HSMs). Attendees were also provided access to simulation tools for practical evaluation of quantum-resistant algorithms.

## Quantum Randomness: Enhancing Security Through Higher Entropy

Quantum randomness significantly enhances cryptographic security by producing cryptographic keys with inherently higher entropy compared to traditional methods. Classical randomness generators typically rely

on deterministic algorithms or physical processes that can become predictable, compromising security. Quantum random number generation (QRNG), however, leverages quantum mechanics' inherent unpredictability, yielding truly random keys and significantly strengthening cryptographic protocols against attack.

Quantinuum demonstrated this at RSAC 2025 with **Quantum Origin**, a NIST-certified software-based QRNG solution, highlighting quantum-derived randomness in practical cryptographic applications.

## Broader Industry Integration

RSAC 2025 included announcements from broader IT providers integrating quantum-resistant cryptography into mainstream products. Notably, NetApp introduced quantum-safe cryptographic capabilities directly embedded into data storage solutions, signaling an industry-wide recognition and response to quantum risks.

Additionally, the NSA's CNSA 2.0 cryptographic standards were presented, emphasizing urgent migration timelines for U.S. national security systems toward quantum-safe encryption.

## Collaborative Industry Efforts and Key Outcomes

RSAC 2025 promoted extensive collaboration aimed at addressing quantum cybersecurity challenges collectively. Notable collaborative events, such as Thales' annual "PQC Palooza," encouraged open dialogue among cybersecurity vendors, governmental bodies, and enterprise stakeholders, resulting in new strategic partnerships and knowledge exchanges involving companies like Deloitte, Google, IBM, and Keyfactor.

The Cryptographers' Track further facilitated academic-industry engagement, presenting research advancements and technical

discussions linking theoretical cryptography with real-world applications. Such events reflected RSAC's overarching theme, "Many Voices. One Community," emphasizing that unified, collective action is vital for navigating quantum cybersecurity challenges.

## Recommendations for Enterprises

Based on insights from RSAC 2025, experts recommend enterprises:

- **Conduct Early Assessments:** Utilize diagnostic tools like Q-Scout to quickly identify and quantify quantum risk exposure.

- **Implement Crypto-Agility:** Develop and maintain frameworks allowing rapid cryptographic transitions and updates.

- **Begin PQC Migration Now:** Prioritize phased migration to quantum-resistant algorithms to effectively manage transition complexity.

- **Leverage Quantum Randomness:** Adopt quantum-based RNG solutions to strengthen cryptographic keys and overall cybersecurity posture.

- **Engage Actively in Collaboration:** Participate in industry forums and partnerships to share knowledge and resources, promoting broader preparedness.

## Conclusion

RSAC 2025 significantly heightened awareness around quantum cybersecurity threats, clearly outlining technological, operational, and regulatory challenges. Although considerable progress is evident, especially among proactive industry leaders and governmental organizations, broader industry adoption remains uneven. Immediate, collaborative, and practical actions—supported by the innovative tools and strategies unveiled at RSAC 2025—remain critical as organizations continue their journey toward permanent quantum cybersecurity preparedness.

**About Qryptonic:**

Qryptonic provides industry-leading quantum cybersecurity solutions, empowering organizations to confidently transition to post-quantum cryptography. Our mission is to ensure perpetual quantum readiness through proactive diagnostics, strategic advisory, and advanced testing services. Learn more at www.qryptonic.com.

© 2025 Qryptonic Research, LLC. All rights reserved.

For further inquiries, please contact info@qryptonic.com.

# Navigating the Quantum Cybersecurity Challenge: Insights from RSAC 2025

Key Developments, Industry Readiness, and Collaborative Strategies for a Quantum-Secure…

QRYPTONIC.SUBSTACK.COM

📝 Want to publish your own Article?

