AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Qrypt Inc. <br><br> *Plaintiff(s)* <br> v. <br> Qryptonic LLC <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-05275-AKH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Qryptonic LLC
1000 Biscayne Blvd.
Miami, FL 33131
Via registered agent: Rocket Lawyer Corporate Services LLC
115 Office Plaza Drive, 1st Floor
Tallahassee, FL 32301
Attn: Leticia Herrera

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEGALFORCE RAPC WORLDWIDE, P.C.
Derrick M. Davis (TN BPR No. 037122)
derrick@trademarkia.com
Pablo Enrique Segarra (NY SBN 5707039)
pablo@trademarkia.com
446 E. Southern Ave., Tempe, AZ 85282

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/26/2025

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*