UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **QRYPT INC.**, | |
| Plaintiff, | **Index No.** 1:25-cv-05275 |
| ~ *against* ~ | Before District Judge Alvin K. Hellerstein |
| **QRYPTONIC LLC**, | |
| Defendant | |

## NOTICE OF APPEARANCE

To the Honorable Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that without waiver to any rights they hold or defenses available to them (including the defense that this Honorable Court has no personal jurisdiction over the Defendant) the Defendant **QRYPTONIC LLC** does hereby appear in the above-captioned matter and will be represented by their counsel, Baruch S. Gottesman, Esq. of GOTTESMAN LEGAL PLLC, a member of the Bar of this Court.

Counsel Gottesman respectfully requests that going forward, all correspondence related to this matter shall be directed to the attention of:

**Name**: Baruch S. Gottesman, Esq.
**Law Firm**: Gottesman Legal PLLC
**Address**: 11 Broadway, Suite 615
New York, NY 10004
**Phone**: (212) 401-6910
**e-mail**: baruchgottesman@gmail.com

DATED: August 25, 2025

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

On August 25, 2025, I served the above **Notice of Appearance** on Docket through the CM/ECF system which will send a copy to all Counsel of Record who have appeared.

DATED: August 25, 2025

                                                       RESPECTFULLY SUBMITTED,

By: _____
                                           Baruch S. Gottesman, Esq.