**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**QRYPT INC.,**

                              Plaintiff,

        ~ *against* ~

**QRYPTONIC LLC,**

                      Defendant

Index No. 1:25-cv-05275

Before District Judge Alvin K. Hellerstein

### NOTICE OF QRYPTONIC LLC's MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF 5) UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)(3) and (6)

To the Honorable Clerk of the Court and All Counsel of Record:

        **PLEASE TAKE NOTICE** that Defendant Qryptonic LLC ("Defendant"), based upon this Notice, the accompanying Memorandum of Law in Support, the Affidavit in Support, and all prior pleadings and records on file in this action, as well all matters of which the Court may take judicial notice and any other argument or evidence that may be presented in support of this Motion, will move this Court before the Honorable District Judge Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom 14D, at a date and time to be determined by the Court, for an Order dismissing all claims in  the Complaint (ECF 5) pursuant to all appropriate rules, laws and practices of this Court, including Federal Rule of Civil Procedure 12(b)(2) on the grounds that this Honorable Court has no personal jurisdiction over the Defendant Qryptonic LLC, pursuant to Fed. R. Civ. P. 12(b)(3) on

the grounds that venue for this case is not properly lain in this District, and pursuant to

Fed. R. Civ. P. 12(b)(6) because of the Complaint's failure to state a claim upon which

relief can be granted.

DATED: August 25, 2025

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com

## <u>CERTIFICATE OF SERVICE</u>

On August 25, 2025, I served the above **Notice of Motion** on the Docket through the CM/ECF system which will send a copy to all Counsel of Record who have appeared.

DATED: August 25, 2025

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.