UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
QRYPT INC.,                                                    :
:                **SCHEDULING ORDER**
                              Plaintiff,                       :
:                25 Civ. 5275 (AKH)
         -against-                                             :
:
QRYPTONIC LLC,                                                 :
:
                              Defendants.                      :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a status conference on January 30, 2026, at 10 a.m., which will be held via the following call-in number:

      **Call-in number: 646-453-4442**

      **Access code: 731 875 484#**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

      Finally, no later than January 27, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   January 8, 2026                                          /s/ Alvin K. Hellerstein
           New York, New York                            ALVIN K. HELLERSTEIN
                                                              United States District Judge