# EXHIBIT 8

Page 1
Quantum Security & PQC Migration
https://qryptonic.com/



Captured by FireShot Pro: 16 January 2026, 01:47:59
https://getfireshot.com



