UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
QRYPT INC.,                                                    :
:                **SCHEDULING ORDER**
  Plaintiff,                                                   :
:                25 Civ. 5275 (AKH)
  -against-                                                    :
:
QRYPTONIC LLC,                                                 :
:
  Defendants.                                                  :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a hearing on Plaintiff's motion for preliminary injunction with temporary restraining order, ECF No. 40, on Wednesday, January 28, 2026, at 11:00 a.m. in Courtroom 14D.

       SO ORDERED.

Dated:    January 22, 2026                       /s/ Alvin K. Hellerstein
          New York, New York                ALVIN K. HELLERSTEIN
                                                 United States District Judge