

**Baruch S. Gottesman**
Attorney and Counselor at Law

January 23, 2026

**Via ECF**
The Hon. District Judge Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007

      Re:   Potential Appearance Issue for Hearing this Coming Wednesday in
              Qrypt Inc. v. Qryptonic LLC
              Case No. 25-cv-05275 (S.D.N.Y.)

Judge Hellerstein:

      I represent the Defendant in the matter of *Qrypt Inc. v. Qryptonic LLC*, Case No. 25-cv-5275 (S.D.N.Y.), in which the Honorable Court scheduled this morning an in-person appearance on Wednesday, January 28, 2026 for a hearing on the Plaintiff's pending Motion for a Temporary Restraining Order. I write to advise the court about a potential issue related to my appearance this coming Wednesday.

      The undersigned is on the West Coast with family and has secured a flight with American Airlines to fly back to appear at the hearing in person. However, in light of the weather system moving through the East Coast and the undersigned's experience with travel during and in the aftermath of weather events, it is possible (and perhaps even likely) that the flight will be delayed, cancelled, or that I may otherwise be rescheduled.

      I therefore write to advise the Court in advance that there may be an issue with my appearance on this coming Wednesday. If the court and opposing Counsel are amenable, this can be re-arranged as a virtual appearance, and if not, I will make every effort to attend in person. But I did want to highlight to the Court immediately when this was scheduled that there may be travel issues that impact my ability to appear in person.

      On behalf of the Defendant and myself, thank the Honorable Court for their continuing attention to this case and their consideration of this Letter.

                                  RESPECTFULLY SUBMITTED,

                    By:   */s/ Baruch S. Gottesman*

                                  Baruch S. Gottesman, Esq.
                                  GOTTESMAN LEGAL PLLC
                                  11 Broadway, Suite 615

        New York, NY 10004
        *Counsel for Defendant Qryptonic LLC*