UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
QRYPT INC.,

        Plaintiff,

-against-

QRYPTONIC LLC,

        Defendant.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

25 Civ. 5275 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

1. Plaintiff's motion for a temporary restraining order and preliminary injunction was heard this morning and continued pending jurisdictional discovery.

2. The parties shall appear for the continued hearing on February 17, 2026, at 2:30 p.m. in Courtroom 14D. The parties shall submit any related filings by February 13, 2026, and shall submit any opposition by February 16, 2026, at 4:00 p.m.

3. No later than February 16, 2026, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

4. The conference previously scheduled for January 30, 2026, is canceled.

SO ORDERED.

Dated: January 28, 2026
       New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge