**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **QRYPT INC.**, | |
| Plaintiff, | Case No. `1:25-cv-05275` |
| ~ *against* ~ | Before District Judge Alvin K. Hellerstein |
| **QRYPTONIC LLC**, | |
| Defendant | |

1.  My name is Baruch S. Gottesman, Esq., counsel for the Defendant in the above captioned matter. I affirm the following to be true under penalty of perjury.

2.  On February 3, 2026, I sent a copy of the Defendant's Response to Qrypt's Jurisdictional Interrogatories by e-mail to Derrick Davis at derrick@trusttree.com; Kevin Hartley at Kevin@trusttree.com, and Alessandra Messing at alessandra@messing.law at 11:43 A.M. E.S.T.

3.  On February 3, 2026, the Parties engaged in a Meet & Confer about the responses to the Interrogatories. On the afternoon of February 3, 2026, Plaintiff's Counsel provided in writing notes about three issues related to the production.

4.  On February 4, 2026, I sent a copy of the Defendant's Supplemental Response to the Issues Raised at the Meet & Confer, which addressed the three issues raised by Counsel by an e-mail to all the Counsel identified in Paragraph 2 above at 11:00 A.M. E.S.T.

5. On February 4, 2026, I sent a hard copy of the Defendant's Response to Qrypt's Jurisdictional Interrogatories and the Defendant's Supplemental Response to the Issues Raised at the Meet & Confer by U.S.P.S. First Class, Certified Mail to:

>Kevin Hartley, Esq.
>Trust Tree Legal P.C.
>798 Berry Road, Suite #41400
>Nashville TN   37204
>*Tracking Number:*  9589 0710 5270 3800 3842 85

RESPECTFULLY SUBMITTED,

By: _____
Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com