UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**QRYPT INC.**,

        Plaintiff,

~ *against* ~

**QRYPTONIC LLC**,

        Defendant

Case No. **1:25-cv-05275**

Before District Judge Alvin K. Hellerstein

1. My name is Baruch S. Gottesman, Esq., counsel for the Defendant in the above captioned matter. I affirm the following to be true under penalty of perjury.

2. On February 8, 2026, I sent a copy of the Defendant's Response to Qrypt's Jurisdictional Requests for Documents by e-mail to Derrick Davis at derrick@trusttree.com; Kevin Hartley at Kevin@trusttree.com, and Alessandra Messing at alessandra@messing.law at 12:32 P.M. E.S.T., which includes a link to a Dropbox subfolder with production.

3. Because of the timing of the upcoming Deposition and the fact that the response was available only today (Sunday), no hard copy has been sent to the requesting party. We intend to have a hard copy printed and available for the Plaintiff at the upcoming Deposition for their review.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004

Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com

*Served via PACER on All Parties*