**Baruch S. Gottesman**
Attorney and Counselor at Law

February 9, 2026

**Via ECF**
The Hon. District Judge Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007

    Re:    Letter from Defendant
               re: Appearance at Deposition on February 9, 2026
               Qrypt Inc. v. Qryptonic LLC
               Case No. 25-cv-05275 (S.D.N.Y.)

[Handwritten annotation: "The motion to adjourn the dep'n is denied. It does not offer sufficient good cause. 2/11/26 /s/ Hellerstein"]

Judge Hellerstein:

        I represent the Defendant in the matter of *Qrypt Inc. v. Qryptonic LLC*, Case No. 25-cv-5275 (S.D.N.Y.), in which the Honorable Court scheduled a very tight schedule for Jurisdictional Discovery. The Defendant fully cooperated with discovery to the best of their ability. That included two rounds of complete responses to Interrogatories, and complete responses to document requests.

        The schedule included a deposition of the Miami-based corporate representative of the Defendant scheduled to take place in Manhattan on February 9, 2026. By Joint Letter on Friday, February 6, 2026, the Defendant explained that the Defendant had an important keynote that may require a recess of the deposition until Wednesday of this week (or for it to take place virtually). The Honorable Court has not acted on that Joint Letter.

        I have advised my client in writing, by text and by telephone conversation that absent further direction from the Court, the corporate representative is required to put all other business aside to attend the Deposition. The Undersigned themselves has arranged travel and will be present at the scheduled date and time of the deposition.

        This evening (Sunday night, February 8, 2026) my client sent me the attached Letter together with a doctor's note that explains an emergent medical issue that will prevent the Miami-based deponent from physically traveling to Manhattan for the deposition. I had no role in drafting this submission and at my client's request I respectfully docket this on the record for the Court's consideration. Given the exigent circumstances and our receipt of this material at the last minute, the Undersigned has not been able to consult with opposing Counsel about their position. I intend to meet and confer with opposing Counsel and submit a Joint Letter per Chambers Rule 2.E on Monday morning if possible.

        On behalf of the Defendant and myself, I thank the Honorable Court for their continuing attention to this case and their consideration of this Letter.

Letter to Hon. District Judge Alvin K. Hellerstein
February 9, 2026
Page 2 of 2

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
*Counsel for Defendant Qryptonic LLC*

*Annexed: Exhibit A – Letter by Defendant on Medical Issue that has Arisen that will Prevent Attendance*
*Exhibit B – Doctor's Note*