**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **QRYPT INC.**, | |
| Plaintiff, | **Index No.** 1:25-cv-05275 |
| ~ *against* ~ | Before District Judge Alvin K. Hellerstein |
| **QRYPTONIC LLC**, | |
| Defendant | |

**SUPPLEMENTARY AFFIDAVIT IN OPPOSITION** *to*
**MOTION FOR PRELIMINARY INJUNCTION**
**BY DEFENDANT QRYPTONIC LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **QRYPT INC.**, | Index No. **1:25-cv-05275** |
| Plaintiff, | |
| ~ against ~ | Before District Judge Alvin K. Hellerstein |
| **QRYPTONIC LLC**, | |
| Defendant | |

### A.     Introduction

1. My name is J. Nathaniel Ader and I am the Co-Founder and serve as the Chief Information Officer of the Defendant Qryptonic LLC. I submit this Supplementary Affidavit in opposition to the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. I am above 18 years of age and a resident of Florida. I have been authorized by Qryptonic LLC to submit this Supplemental Affidavit in Opposition to the Motion for a Temporary Restraining Order and Preliminary Injunction.

3. I am personally familiar with the facts and circumstances described below. The information provided below reflects my personal knowledge based on my review of the books and records of Qryptonic LLC that are kept in its regular course of business and also based on my personal knowledge of Defendant's business practices.

4. I previously submitted an Affidavit to this Court docketed as 48-1 on January 28, 2026. That Affidavit primarily addressed Defendant's complete lack of any connection to the State of New York and the absence of personal jurisdiction over Defendant in this forum. I understand that my Counsel has also submitted further briefing

on the issue of whether the Court has personal jurisdiction over Defendant (ECF 59 Feb. 13, 2026).

5. I will not repeat the jurisdictional arguments already before this Court. The record, my original Affidavit and the Defendant's extensive responses to the Plaintiff's jurisdictional discovery demands conclusively show that that the Defendant never had contacts with New York sufficient to support personal jurisdiction

6. Instead, this Affidavit will address two narrow issues: First, the concrete and independently verifiable changes Defendant has completed that eliminate any basis for emergency injunctive relief. Second, the full context of my non-appearance last Monday, and explain why sanctions are not appropriate under the unique circumstances of this case.

7. As documented in earlier submissions to this Court (ECF 53-1 and 53-2 Feb. 9, 2026), I am under strict medical direction not to engage in air travel. I am available to appear virtually at the hearing on Tuesday or at any other time that the Court may order, should the Honorable Court seek further information about the issue of personal jurisdiction, the changes that have mooted the need for a TRO/PI, and the circumstances of my non-appearance at the deposition on Monday

8. This Affidavit was prepared with the assistance of Counsel as to its style. But I personally provided the substantive information in this Affidavit, I personally reviewed and signed the final version, and I personally take full and sole responsibility for what this Affidavit says.

9. On behalf of myself and the Defendant's team, I want to sincerely thank His Honor for his continued attention to this important matter.

**B.     We have Rebranded**

10. Without any admission of wrongdoing, the Defendant is in the process of transitioning its corporate identity from:

"**QRYPTONIC**"   to   "**QTONIC QUANTUM**".

11. This is not a commitment to *future* action. It is a done deal. This can be independently verified as of this filing.

12. I want to be clear with the Court about why we rebranded. This decision was driven by business strategy, not by this lawsuit.

13. Our company operates in the post-quantum cybersecurity space. We are a quantum security company. We are not a cryptography company. The original name "Qryptonic" did not fully reflect the nature of our business.

14. Prospective customers and partners routinely assumed we were a cryptography firm based on the name alone. We are not. We build post-quantum security solutions. That is a fundamentally different line of work.

15. There was also a practical problem. Potential customers could not pronounce the name "Qryptonic". In sales calls, at conferences, and in pitch meetings, the name was a consistent obstacle. People stumbled over it. They misspelled it. They could not remember it.

16. Our corporate identity rebrand to "Qtonic Quantum" now solves both problems. It better reflects the nature of our quantum security business and it is easier to say and to remember.

17. The decision to rebrand had been under internal discussion before this litigation began. While this lawsuit accelerated the timeline, it did not create the

motivation. We would have rebranded regardless.

        C.     **There is no Need for a Preliminary Injunction Because We have Transitioned Our Corporate Identity**

18. Our primary online presence is our website. As of the filing of this Affidavit, our defunct website of qryptonic.com now provides a "301 Redirect" to the current website at: https://qtonicquantum.com/.

19. A 301 Redirect is a direction to internet browsers that a particular universal resource locator has moved permanently to a new site. This allows search engines and other users who "often have the older/outdated domain names and links in their database and will send search users to these old URLs. By using a 'moved permanently' redirect to the new URL, visitors will still end up at the correct page." URL REDIRECTION, on Wikipedia available at https://en.wikipedia.org/wiki/URL_redirection (last checked Feb. 15, 2026).

20. This can be confirmed by any user entering qryptonic.com into a search bar. In addition, attached as Schedule A at the end of this Affidavit is the result I obtained when I executed a command-line HTTP HEAD request using the cURL utility (curl -I qryptonic.com), which is the standard way to confirm a permanent redirect. It shows HTTP/2 301, which is the permanent redirect.

21. Further, the page shown at the new website does not make any use of the accused former name:



Display of landing page of https://qtonicquantum.com/ as of February 15, 2026

22. The rebranding was not limited to the website and public-facing materials. Defendant also updated all branding references within its two core commercial software products: QStrike26 and QScout26. These are Defendant's primary revenue-generating tools, used by paying customers in the post-quantum cybersecurity space. All references to the former "Qryptonic" name within the source code, user interfaces, and documentation of both products have been removed and replaced with the Qtonic Quantum identity.

23. In total, the rebranding effort required the migration of approximately 10,000 lines of code across the website, QStrike26, and QScout26. This work was performed by a team of one engineer and two developers. The estimated cost of

the rebranding to the Defendant exceeds $25,000. For a small startup, this represents a material capital expenditure that further demonstrates the permanence and seriousness of the transition. No rational business would incur this expense with the intention of reverting to the former name.

24. As it relates to LinkedIn, the primary professional social media site used by the Defendant and companies in the United States, the https://www.linkedin.com/company/qryptonic/ website now redirects to the new corporate identity of https://www.linkedin.com/company/qtonicquantum/.

25. As shown at Schedule B below, this is a permanent redirect and a cURL header call of the original website also shows a 301 redirect.

26. Similarly, X (formerly known as Twitter), Instagram and Substack have all been updated to reflect the new Qtonic Quantum identity.

27. All corporate email addresses have been migrated to the new domain. Employees and principals of the Defendant now conduct all business correspondence under the Qtonic Quantum identity. No email addresses bearing the former name remain in active use.

28. All internal company documents, including templates, letterhead, invoices, proposals, and operating materials, have been updated to reflect the Qtonic Quantum name and branding. The company's internal systems now operate entirely under the new identity.

29. All external-facing documents, including client materials, marketing collateral, partnership agreements, and vendor communications, have been updated to reflect the new corporate identity.

30. Annexed please find as Exhibit A a copy of the press release that went live today (February 16, 2026) which puts aside any doubt about the sincerity of the transition and how it has been communicated to potential customers and the public. Exhibit A is a screenshot from https://qtonicquantum.com/press as of February 16, 2026.

31. We estimate that 99% of the Defendant's online and intellectual assets have been migrated to the new name.

32. Defendant's legal counsel, financial advisors, accountants, vendors, business partners, and all other professional relationships have been formally notified of the name change to Qtonic Quantum. The business ecosystem surrounding the Defendant has been updated to reflect the new identity.

33. We estimate that 99% of Defendant's online and intellectual property assets have been fully migrated to the new name. The sole remaining items (approximately 1%) relate to how YouTube and LinkedIn display legacy cached name data on updated pages that already reside under the new URLs. This appears to be an internal platform caching issue at YouTube and LinkedIn that is outside of our control. We expect it to be resolved by Monday or Tuesday of this week.

34. Defendant has submitted the paperwork necessary for a formal corporate name change with the State of Florida. We understand from our registered agent that the name change will be completed this week. Defendant is currently operating as Qryptonic LLC d/b/a Qtonic Quantum. Defendant has also initiated the filing of new trademark applications with the United States Patent and Trademark Office under the Qtonic Quantum name

35. It is Qryptonic's intent to complete the corporate identity transition

as quickly as possible. As of now, we can confirm that we have done all steps necessary to update our identity including the website update, the update of all social media handles, the ordering of the change of name with our vendor, and the ordering of the new Trademarks with the USPTO.

36. With the exception of the brief period before the Florida corporate name change takes effect, all current and future activity of the Defendant is and will be conducted exclusively under the QTONIC QUANTUM brand. During this narrow transitional window, any legal instruments may reference "Qryptonic LLC d/b/a Qtonic Quantum" solely for the purpose of legal continuity

37. With the narrow transitional exception described in the prior paragraph, I can confirm that all current and future activity (and all online activity) of Qryptonic will be under the Qtonic Quantum brand.

### D. Why Emergency Injunctive Relief Is Unnecessary

38. A Temporary Restraining Order and Preliminary Injunction are unnecessary to protect the Plaintiff, as we are no longer using the accused's name.

39. The accused conduct, specifically the use of the "Qryptonic" name, has fully ceased. The domain redirects permanently. The social media handles have been updated. The website has been rebuilt from the ground up. The email domain has been changed. All internal and external documents have been updated. No consumer encountering Defendant's current operations will see any reference to "Qryptonic".

40. The Plaintiff cannot demonstrate ongoing or imminent irreparable harm because the alleged source of that harm no longer exists.

41.   This Is Not Mere Voluntary Cessation. The rebranding is not a verbal promise. It is a completed, structurally irreversible infrastructure change involving the migration of approximately 10,000 lines of code across the company's website and two core software products (QStrike26 and QScout26), permanent server-level redirects, a full email domain migration, the updating of all internal and external documentation, formal notification of all business partners and advisors, the filing of new trademark applications with the USPTO, and a pending corporate name change with the State of Florida.

42.   The total cost of this rebranding effort exceeded $25,000.00 and required the dedicated work of one engineer and two developers. The Defendant would have to rebuild its entire digital and corporate infrastructure to return to the old name. There is no rational business reason to do so, particularly given that the rebrand was motivated by independent business considerations unrelated to this litigation.

43.   Therefore, the balance of hardships tips against the issuance of a TRO. A TRO and Preliminary Injunction would impose burdens on Defendant with no corresponding benefit to Plaintiff. Defendant has already done everything a TRO could require and more. Meanwhile, an overbroad injunction could interfere with Defendant's ongoing business operations during the brief transitional period before the Florida corporate name change takes effect.

44.   The public interest is served by the current state of affairs. There is no consumer confusion because the accused name is no longer in use anywhere. Granting emergency relief where the underlying conduct has already ceased serves no public purpose.

45.   For these reasons, the Plaintiff's Motion for a Temporary

Restraining Order and Preliminary Injunction are now moot and should therefore be denied.

### E. My Non-Appearance at the Deposition on Monday

46. It has and remains my intent and the intent of Qryptonic to comply fully with the Orders (including scheduling Orders) of this Honorable Court.

47. On very short notice and as the corporate representative of the Defendant, I conducted an internal investigation to obtain all relevant responsive information for the interrogatories and document demands by the Plaintiff.

48. The record shows that after my counsel held a Meet & Confer with opposing Counsel, the Defendant submitted additional responsive information.

49. Late in the week preceding the scheduled deposition, it became clear that I would be unable to attend in person due to health issues (documented at ECF No. 53) and a scheduling conflict (ECF No. 51).

50. I did not ignore the scheduling Order. Through counsel, I *proactively* reached out to the Plaintiff's counsel to offer to attend the deposition by videoconference. Counsel also filed the Joint Letter (ECF No. 51) informing the Court of the conflict and my inability to attend in person.

51. As of Monday morning, the Court had not yet ruled on the pending request for virtual attendance. I was placed in an impossible position: the Court had not granted permission to appear virtually, and my physician had strictly prohibited air travel. Under these circumstances, I exercised the only prudent course available to me.

52. My counsel appeared at the deposition as scheduled, explained the circumstances of my non-appearance, and offered to have me attend by videoconference immediately. Plaintiff's counsel rejected that offer.

53. Respectfully, any prejudice or financial cost sustained by the Plaintiff as a result of the non-appearance was self-inflicted. Plaintiff had the opportunity to proceed with the deposition by videoconference on Monday morning and chose not to do so.

54. I wish to express to the Court my continued commitment to comply with all Orders and my willingness to submit to deposition by videoconference at the Court's earliest convenience. I have not at any point intentionally refused to comply with any Order of this Court.

### F. Conclusion

55. For the foregoing reasons, the Defendant respectfully requests that the Court:

    (1) deny the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

    (2) decline to impose sanctions for the deposition non-appearance; and

    (3) if the Court has not yet resolved the pending jurisdictional challenge, grant Defendant's motion to dismiss for lack of personal jurisdiction

56. As noted above, I remain available to supplement this affidavit with any further documentation that this Court may require, and I look forward to the opportunity to testify virtually (if so allowed) at the hearing on Tuesday or any other time requested by the Court; and/or to supplement this Affidavit with any further information

that the Court may need.

57. I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___ day of February, 2026.

RESPECTFULLY SUBMITTED,

*Signed by:*

*J. Nathaniel Ader* 2/16/2026
―――――――――――――――――――
016CE714C58A4DD...
**J. Nathaniel Ader**, *on behalf of*
*and as authorized representative of*
Defendant Qryptonic LLC

## SCHEDULE A

HTTP/2 301

**date**: Sun, 15 Feb 2026 23:19:51 GMT

**content-type**: text/plain; charset=utf-8

**content-length**: 41

**location**: https://qtonicquantum.com/

**age**: 0

**cache-control**: public,max-age=0,must-revalidate

**cache-status**: "Netlify Edge"; fwd=stale

**cache-status**: "Netlify Edge"; fwd=stale;detail=p1

**content-security-policy**: default-src 'self'; script-src 'self' 'unsafe-inline' https://static.cloudflareinsights.com https://www.googletagmanager.com; script-src-elem 'self' 'unsafe-inline' https://static.cloudflareinsights.com https://www.googletagmanager.com; style-src 'self' 'unsafe-inline'; img-src 'self' data: https:; font-src 'self' data:; connect-src 'self' https://api.qtonicquantum.com https://verify.twilio.com https://www.google-analytics.com https://region1.google-analytics.com https://cloudflareinsights.com https://*.ingest.sentry.io; media-src 'self' blob: data:; worker-src 'self' blob:; frame-src 'self' https://calendly.com https://*.calendly.com https://qstrike.qtonicquantum.com; frame-ancestors 'self' https://qtonicquantum.com https://*.qtonicquantum.com; object-src 'none'; base-uri 'self'; form-action 'self'; upgrade-insecure-requests

**permissions-policy**: camera=(), microphone=(), geolocation=(), browsing-topics=()

**referrer-policy**: strict-origin-when-cross-origin

**server**: cloudflare

**strict-transport-security**: max-age=31536000

**vary**: Accept-Encoding

**x-content-type-options**: nosniff

**x-nf-request-id**: 01KHHSMV4Y6JXYTZ36C8Y8TXRG

**x-powered-by**:

**x-xss-protection**: 1; mode=block

**cf-cache-status**: DYNAMIC

**report-to**: {"group":"cf-nel","max_age":604800,"endpoints":[{"url":"https://a.nel.cloudflare.com/report/v4?s=5UHfv17dihdYwALKsCtrio9r2BjnSQWGOV8QvfclRwxI6EOMMhu5JqdHV21znNyiDwUdqm6M1w4ixRzZFZftvElW7q23VfXBzlDfgqlY1odYfiO9Ci7S78Q%3D"}]}

**nel**: {"report_to":"cf-nel","success_fraction":0.0,"max_age":604800}

**cf-ray**: 9ce8884cfd140696-PHX

**alt-svc**: h3=":443"; ma=86400

# SCHEDULE B

HTTP/2 301

**date**: Sun, 15 Feb 2026 23:45:56 GMT

**content-length**: 0

**location**: https://www.linkedin.com/company/qtonicquantum

**strict-transport-security**: max-age=31536000

**x-content-type-options**: nosniff

**x-frame-options**: sameorigin

**content-security-policy**: default-src 'none'; connect-src 'self' *.licdn.com *.linkedin.com cdn.linkedin.oribi.io dpm.demdex.net/id lnkd.demdex.net blob: accounts.google.com/gsi/ linkedin.sc.omtrdc.net/b/ss/ v.clarity.ms/collect *.microsoft.com *.adnxs.com *.tealiumiq.com login.microsoftonline.com bat.bing.com lnkd.tt.omtrdc.net/rest/v1/delivery www.google.com google.com adservice.google.com pagead2.googlesyndication.com td.doubleclick.net www.googletagmanager.com www.googleadservices.com ad.doubleclick.net googleads.g.doubleclick.net; script-src 'report-sample' 'sha256-th47JTnh6tX15SUn/I+GGmsOSXpa7dh5Skner77gxlY=' 'sha256-SSoodjUD3LGm2FfFCVHGqEb8D4UM3OOigidT2UKDcYg=' 'sha256-cKTgdnmO6+hXd85a9wKg1effVfVzenUAtUCyOKY9bQE=' 'sha256-DwtT8+ZZKpxH9pqZNAmJ3GdbLAh5SsYaXR3omTXPCns=' 'sha256-sV9jZa797T0QWBzcU/CNd4tpBhTnh+TFdLnfjlitl28=' 'sha256-aa/Q8CRBDSqTQbCIyioPhZaz+G+dbPyu7BzsjlnEmiU=' 'sha256-THuVhwbXPeTR0HszASqMOnIyxqEgvGyBwSPBKBF/iMc=' 'sha256-zTIusdVJJeXz9+iox2a+pdDglzbpRpFVRzEwvW4AONk=' 'sha256-iC8MPqNLw0FDnsBf4DlSkFLNTwhkI85aouiAEB819ic=' 'sha256-2EqrEvcPzl8c6/TSGVvaVMEe7lg700MAz/te4/3kTYY=' 'sha256-y5uW69VltKj51mcc7UD9qfptDVUqicZL+bItEpvVNDw=' 'sha256-DatsFGoJ8gFkzzxo47Ou76WZ+3QBPOQHtBu9p9b3DhA=' 'sha256-k95cyM8gFgPziZe5VQ2IvJvBUVyd5zFt2CokIUwqdHE=' 'sha256-PyCXNcEkzRWqbiNr087fizmiBBrq9O6GGD8eV3P09Ik=' 'sha256-

RFqsjmAF1N5LnfpaHFvPqFlVkeIS/DtTAFor+JjJJVc=' 'sha256-2SQ55Erm3CPCb+k03EpNxU9bdV3XL9TnVTriDs7INZ4=' 'sha256-S/KSPe186K/1B0JEjbIXcCdpB97krdzX05S+dHnQjUs=' 'sha256-9pXOIwF4N0gPltLd3AI69lkCjSC2H/Eb3sc5zdmUyYU=' 'sha256-jou6v/Nleyzoc+LXktAv1Fp8M807dVVxy7E/yzVljHc=' 'sha256-6E4e/3dSvj/8JZT2S2yR91mspqM6MyOpKl5lrhHsZa8=' 'sha256-JfJ82reKxtqugVbfRGw/O/1x1Lm1I09rHueXSwvbRws=' 'sha256-BbV1i75oYRtLtfDWs7tnA8QLF5EOO1dVHKL0prVd/fQ=' 'sha256-3woF8BZ54TeXM+czaH3aXoaJsVpiamuAKFsXDykAR/Q=' 'sha256-vIfNcKb8ixJg1cfJIoNNYjWcm0Iezj1/XpUNFiZyVsU=' 'sha256-cLsHUHFgT/VGX04cZrJ9xgm4HbzTR7ptutkxK+7BlMk=' 'sha256-BwU8jMnQYUhjOpsDVABpfddV/DIP1ZYrFcTumYw7x54=' 'sha256-wz6ika9i3WU3bpUPdhYDZeO/NrDQniDyiscN0LWnyaY=' 'sha256-3RIGhhApBii1KY+aW1xk7kFyoQY8vSVE5DfT7E9SJUc=' static.licdn.com static-exp1.licdn.com static-exp2.licdn.com static-exp3.licdn.com platform.linkedin.com platform-akam.linkedin.com platform-ecst.linkedin.com platform-azur.linkedin.com snap.licdn.com www.google.com/recaptcha/enterprise.js www.gstatic.com/recaptcha/releases/ www.googletagmanager.com/gtag/js www.googleadservices.com/pagead/ www.google.com/pagead/ googleads.g.doubleclick.net/pagead/ adservice.google.com/pagead/ pagead2.googlesyndication.com/pagead/ www.googletagmanager.com/gtag/destination merchantpool1.linkedin.com/mdt.js; img-src data: blob: * android-webview-video-poster:; font-src data: *; style-src 'self' 'unsafe-inline' static.licdn.com static-exp1.licdn.com static-exp2.licdn.com static-exp3.licdn.com; media-src 'self' *.licdn.com *.lynda.com; worker-src 'self' blob: static.licdn.com static-exp1.licdn.com static-exp2.licdn.com static-exp3.licdn.com; frame-src 'self' www.youtube.com/embed/ www.youtube-nocookie.com/embed/ lnkd.demdex.net smartlock.google.com accounts.google.com player.vimeo.com *.linkedin.com www.slideshare.net *.megaphone.fm *.omny.fm *.sounder.fm msit.powerbi.com app.powerbi.com linkedin.github.io *.licdn.com *.adnxs.com acdn.adnxs-simple.com radar.cedexis.com edge-auth.microsoft.com

flo.uri.sh play.vidyard.com www.google.com/recaptcha/ aat-acr-web-prod.azurewebsites.net *.fls.doubleclick.net www.googletagmanager.com td.doubleclick.net li.protechts.net *.xlgmedia.com *.px-cloud.net merchantpool1.linkedin.com; frame-ancestors 'self' *.www.linkedin.com:*; manifest-src 'self'; report-uri https://www.linkedin.com/security/csp?f=gg

**x-li-fabric**: prod-ltx1

**pragma**: no-cache

**expires**: Thu, 01 Jan 1970 00:00:00 GMT

**cache-control**: no-cache, no-store, no-transform

**x-li-pop**: cf-prod-ltx1-x

**x-li-proto**: http/2

**x-li-uuid**: AAZK5XCR8ADWGV+1sBJC4w==

**set-cookie**: JSESSIONID=ajax:7912936677724459145; SameSite=None; Path=/; Domain=.www.linkedin.com; Secure

**cf-cache-status**: DYNAMIC

**set-cookie**: lang=v=2&lang=en-us; SameSite=None; Path=/; Domain=linkedin.com; Secure

**set-cookie**: bcookie="v=2&dbdc838c-9109-475a-87ff-b8d53aef1eb1"; domain=.linkedin.com; Path=/; Secure; Expires=Mon, 15-Feb-2027 23:45:56 GMT; SameSite=None

**set-cookie**: bscookie="v=1&202602152345560b491a97-0ae1-42a0-8b66-7bc5e4c686f1AQF26-x4NEubMOppCqyZT6gtLkFtcgDb"; domain=.www.linkedin.com; Path=/; Secure; Expires=Mon, 15-Feb-2027 23:45:56 GMT; HttpOnly; SameSite=None

**set-cookie**: lidc="b=TGST02:s=T:r=T:a=T:p=T:g=3693:u=1:x=1:i=1771199156:t=1771285556:v=2:sig=AQEQ4eCZacXXFDb6XsGH9FaAM8RCpxCQ"; Expires=Mon, 16 Feb 2026 23:45:56 GMT; domain=.linkedin.com; Path=/; SameSite=None; Secure

**set-cookie**: __cf_bm=mZhm8RPwtSNiHrj2dz8m3ap1ajKO4hPuQJXe5pL3jt8-1771199156-1.0.1.1-6J1BVc4tNBV5Y6rizBESTX.Cf0HIzowqH0xI2trYYWVcZEDpoVRNfCZoaMhlqnVZ7an02

pswlUzGkY6XegpiHeREFI5KGTeLiRAZVMQ25oE; path=/; expires=Mon, 16-Feb-26 00:15:56 GMT; domain=.linkedin.com; HttpOnly; Secure; SameSite=None

**server**: cloudflare

**cf-ray**: 9ce8ae8a1ae28bf2-PHX

**alt-svc**: h3=":443"; ma=86400