## Latest Full Release

**FOR IMMEDIATE RELEASE**

### Qryptonic LLC Announces Strategic Brand Transition; Now Operating as Qtonic Quantum

February 16, 2026

MIAMI, FL — February 16, 2026

Qryptonic LLC today announced it is now operating under the name **Qtonic Quantum**, reflecting the company's continued evolution as a leader in identifying, quantifying, and mitigating quantum computing as a material enterprise risk.

Qtonic Quantum focuses on how advances in quantum computing create systemic, long-tail risk for organizations — including harvest-now, decrypt-later exposure, regulatory liability, and the gradual erosion of current security assumptions. The company works with enterprise and government organizations to move from abstract awareness to measurable, defensible risk mitigation.

> *"Quantum computing has moved from theoretical discussion to measurable enterprise exposure. Organizations responsible for long-lived data must be able to demonstrate credible preparedness. Qtonic Quantum provides the framework and execution systems needed to assess material risk and mitigate both current and future quantum-related exposure."*
>
> **Jessica Gold, VP, Quantum Sales and Marketing**

Under the Qtonic Quantum name, the company delivers an integrated execution platform addressing quantum risk end-to-end:

**QScout**
Enterprise-wide discovery and mapping of long-lived data and quantum-relevant dependencies

**QStrike26**
Validation and testing using quantum-informed threat models and advanced emulation

**LLM26**
AI-orchestrated correlation, analysis, and material risk prioritization

**QSolve26**
Migration planning and remediation execution aligned to enterprise and regulatory timelines

These capabilities are delivered through the company's Active Verification methodology — an evidence-based approach to validating where quantum computing presents material exposure today and where it will create unavoidable risk in the future.

Leadership, technical roadmap, and client commitments remain unchanged.

For more information, visit [www.qtonicquantum.com](www.qtonicquantum.com).

**Media Contact**
Jessica Gold
VP, Quantum Sales and Marketing
Qtonic Quantum
press@qtonicquantum.com
Miami, Florida, USA