UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
QRYPT INC.,

            Plaintiff,

-against-

QRYPTONIC LLC,

           Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

25 Civ. 5275 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties having agreed to a settlement on the record, the case is hereby dismissed without prejudice.

        The Clerk is directed to close the case.

        SO ORDERED.

Dated:    February 17, 2026
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge